RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Angel Ramos Perdomo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ANGEL RAMOS PERDOMO,<br><br>           Defendant. | Case No. 2:23-cr-00048-EJY<br><br>**STIPULATION TO CLOSE CASE** |

In compliance with this Court's minute order ECF No. 31 and the plea agreement in this case, the parties, Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Angel Ramos Perdomo, file this stipulation to close the case.

The Stipulation is entered into for the following reasons:

1.       On November 29, 2023, Defendant entered a plea of guilty to an amended Count One of the Information— Reckless Driving, a violation of 43 C.F.R. § 8341.1(f)(1), a Class A misdemeanor. *See,* ECF No. 35.

2. Following the parties' recommendations, Defendant was sentenced by this Honorable Court to unsupervised probation for a period of one year with special conditions, to include that:

   a. the Defendant pay a fine of $750 and mandatory $25 penalty assessment;

   b. the Defendant attend and complete the Lower Court Counseling's Victim Impact Panel;

   c. the Defendant complete an eight (8) hour online drug/alcohol awareness course;

   d. The Defendant not return to the Sunrise Rainbow Gardens area for a period of six months;

   e. The Defendant not violate any local, state, or federal laws. *See,* ECF No. 35.

3. As of this date, Mr. Perdomo has completed all requirements.

Therefore, the parties request that this Court close out Mr. Perdomo's case.

DATED this 30th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By */s/ Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

IT IS SO ORDERED this 30th day of January, 2023.

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE